# CERTIFICATE OF SERVICE

I, __PAM HALLEY__ (name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __12/17/09__ (date) by:

☒ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

James E. Geyer
5806 McCoy Rd.
Oxford, OH 45056

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____ (name of state), as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

__12/21/09__
Date

__Pam Halley__
Signature

Print Name: PAM HALLEY
Business Address: 640 Bear Run Lane
City: Lewis Center  State: OH  Zip: 43035